UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN KOHUTE, | Case No. 3:26-cv-00413-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| TRADEMARK OFFICE, *et al.*, | |
| Defendants. | |

Plaintiff Kevin Kohute, a *pro se* prisoner who is detained at Smith County Jail in Tyler, Texas, submitted an application to proceed *in forma pauperis* ("IFP") and a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) Plaintiff sues various defendants for events that took place in Tyler, Texas. (ECF No. 1-1 at 1.) It appears that all defendants reside in Texas. (*Id.*) But it is clear none of the defendants reside in Nevada. (*Id.*)

Under 28 U.S.C. § 1391(b), a plaintiff may bring an action in:

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). Under 28 U.S.C. § 1406, if a case has been filed in the wrong district or division, the district court in which the case has been incorrectly filed may "transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

The Court finds that the District of Nevada is not the appropriate venue for this action because the events occurred in Tyler, Texas and the defendants reside in Texas. Tyler, Texas is in the Eastern District of Texas, Tyler Division. The Court directs the Clerk of the Court to transfer this action to the United States District Court for the Eastern District of Texas, Tyler Division. This Court offers no opinion on the merits of this action or on the application to proceed IFP.

For the foregoing reasons, it is ordered that the Clerk of the Court will transfer this case to the United States District Court for the Eastern District of Texas, Tyler Division.

It is further ordered that the Clerk of the Court close the case.

DATED THIS 26th Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2